IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MYRON HUGHES,<br>Reg. No. 18120-043,<br><br>    Plaintiff,<br><br>v.<br><br>WALTER WOODS, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:18-CV-206-RAH-SRW<br>[WO] |

**ORDER**

On January 26, 2021, the Magistrate Judge filed a Recommendation (Doc. 41) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. 41) is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

A final judgment will be entered separately.

DONE, this 19th day of February, 2021.

                              /s/ R. Austin Huffaker, Jr.
                            R. AUSTIN HUFFAKER, JR.
                            UNITED STATES DISTRICT JUDGE